AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

SOUTHERN  DISTRICT OF  TEXAS

UNITED STATES OF AMERICA
V.

1 JUAREZ-Martinez, Francisco Javier, MXC
2 MORENO-Garcia, Antonio, MXC
3 SOLORIO-Jimenez, Oziel, MXC

## CRIMINAL COMPLAINT

CASE NUMBER: M-15-1047-M

United States District Court
Southern District of Texas
FILED

JUN 2 7 2015

Clerk of Court

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 26, 2015__ in __Hidalgo__ county, in the __Southern__ District of __Texas__ defendant(s) did,

Knowingly and Intentionally possess with the Intent to Distribute approximately 104 kilograms of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally conspire to possess with the Intent to Distribute approximately 104 kilograms of Marijuana, a Schedule I Controlled Substance.

in violation of Title __21__ United States Code, Section(s) __846, 841 (a) (1)__

I further state that I am a(n) __Task Force Officer__ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof:  X Yes  No

Signature of Complainant
DEA TFO Cosme A. Muniz III

Sworn to before me and subscribed in my presence,

June 27, 2015  At  McAllen, Texas
Date                City and State

Dorina Ramos, U.S. Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

# ATTACHMENT

On June 26, 2015, at approximately 2:56P.M., a drawbridge camera alert was received showing two subjects carrying possible bundles of narcotics near (Chemas) Santa Maria, Texas. On the photo, one subject is seen wearing a maroon shirt and blue pants who was later identified as JUAREZ-Martinez, Francisco Javier DOB: 08/22/1995 from Mexico. At 3:00 P.M., K-9 Border Patrol Agent Robert Rodriguez with his K-9 and other agents arrived on scene. Agent Rodriguez's K-9 immediately alerted and indicated to five bundles of possible contraband underneath a tree. The narcotics were located south of the blue house on Chemas trail.

Other agents responded to the area and with the assistance of Omaha 35w and BP K-9 Xena-A (091001), began to search for the subjects and contraband. A further search of the area resulted in the apprehension of four subjects that were located approximately 200 yards north of the contraband. The subjects apprehended are as followed. JUAREZ-MARTINEZ, Francisco Jaiver, MORENO-Garcia, Antonio DOB: 05/22/1993, SOLORIO-Jimenes, Oziel Eduardo DOB: 09/01/1992 and a juvenile. The contraband and subjects were transported to the Harlingen Border Patrol Station for processing. A Narco Pouch#908 test kit was conducted on the five bundles resulting in a positive match for Marijuana. A total of approximately 229.5lbs (104.0 kg) of Marijuana was seized.

DEA Task Force Officers; Ismael Rivas Jr. , Cosme Muniz III, Gilbert Vazaldua and Carlos Mireles arrived at the Harlingen Border Patrol Station.

TFO's Muniz and Rivas identified themselves and read JUAREZ-Martinez his Miranda warnings. JUAREZ-Martinez waived his rights and agreed to speak to agents. JUAREZ-Martinez stated he had agreed to cross a bundle of marijuana as a form of payment for him to be crossed illegally into the United States. JUAREZ-Martinez stated that the three subjects caught with him were also each carrying a bundle. At this point the Interview was terminated

TFO's Vazaldua and Mireles identified themselves and read SOLORIO-Jimenes his Miranda warnings SOLORIO-Jimenes waived his rights and agreed to speak to agents. SOLORIO-Jimenes stated he had agreed to cross a bundle of marijuana as a form of payment for him to be crossed illegally into the United States. SOLORIO-Martinez stated that the three subjects caught with him were also each carrying a bundle. At this point the Interview was terminated

TFO's Vazaldua and Mireles identified themselves and read MORENO-Garcia his Miranda warnings MORENO-Garcia waived his rights and agreed to speak to agents. MORENO-Garcia stated that he was not carrying a bundle; he paid $200.00 dollars to be crossed illegally into the United States. The interview was terminated.

All three adults were charged with conspiracy/ possession of marijuana.